**EXHIBIT "A"**



**CONTAINS:** BREWED STARBUCKS® COFFEE (WATER, COFFEE), REDUCED-FAT MILK, SUGAR, MALTODEXTRIN, PECTIN, NATURAL FLAVOR.